AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/17/09 |
| NAME OF SERVER (PRINT) Heather McFeely | TITLE Legal Ass't. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/17/09     *Signature of Server* Heather McFeely

Prochniak Weisberg, P.C.
7 S. Morton Ave.
Morton, PA 19070

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EMC Mortgage Corp.
800 State Highway
121 Bypass
Lewisville, TX 75067

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X E MC MORTGAGE CO  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
800 ST. 121 BYP
LEWISVILLE TX 75067

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7008 3230 0000 1652 7028

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540