# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Philadelphia County, Pennsylvania
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

Camden County, New Jersey
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

*Matthew B. Weisberg*\*^
Graham F. Baird^
Robert P. Cocco~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
E-Mail: mweisberg@weisberglawoffices.com

*Thursday, May 13, 2010*

**Via Fax & ECF**
Judge Du Bois
215-580-2141

   RE: Yasmin Mack v. Bear Stearns
      No.: 09-5370

Dear Judge Dubois:

  Per Your Honor's chambers' inquiry regarding service on non-answering defendants, kindly be advised that plaintiff has not yet been able to make service via restricted delivery as indicated in this Honorable Court's prior correspondence. To that end, plaintiff, while not voluntarily dismissing those non-answering defendants, requests to move forward vis-à-vis initial pre-trial conference leaving those likely defunct defendants defunct. In the interim, plaintiff will continue her attempts at service no matter how likely unsuccessful.

  We hope this meets this Honorable Court's inquiry.

            Sincerely,

            MATTHEW B. WEISBERG

MBW/hcm
cc: Mary Grenen **(Via ECF only)**