AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   09-cv-5370

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Regina J. Brown__
was received by me on *(date)* __8·2·10__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Joseph Santella__, a person of suitable age and discretion who resides there,
on *(date)* __8·2·10__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* __Left summons at 491 Baltimore Pike #301 Springfield, PA 19064__ .

My fees are $ __75.00__ for travel and $ __10.00__ for services, for a total of $ __85.00__ .

I declare under penalty of perjury that this information is true.

Date: __8·3·10__

_____
Server's signature

Derrick Hargrove
Printed name and title

42 Forsythia Ln. Bear De 19701
Server's address