AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.     09-cv-5370

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  David Marks

was received by me on *(date)*   8·2·10   .

☑ I personally served the summons on the individual at *(place)*  104 Calvary Church Rd.
Wrightsville, PA 17368-9515   on *(date)*  8·2·10   ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____


My fees are $   75.00   for travel and $  100.00   for services, for a total of $  175.00  .


I declare under penalty of perjury that this information is true.

Date:   8·3·10

_____
*Server's signature*

Derrick Hargrove
*Printed name and title*


42 Forsythia Lane Bear De 19701
*Server's address*