UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

October 21, 2010

David Marks
104 Calvary Church Rd.
Wrightsville, PA 17368-9515

RE: <u>Yasmin Mack v. David Marks, et al</u>
     Civil Action No. 09-5370

To Whom It May Concern:

      A review of the Court's records discloses that defendant, David Marks, has not filed a response to the Amended Complaint in this case. The response was due twenty-one (21) days after service of a copy of the Amended Complaint. The records reflect that service of the Amended Complaint was made on defendant on August 16, 2010.

      The Court directs that you file and serve your response to the Complaint on or before November 4, 2010. If defendant fails to do so, plaintiff would be permitted to file a Request for Entry of Default in accordance with Rule 55 of the Federal Rules of Civil Procedure. The entry of a default will bar the defendant from offering a defense to the case, and will result in the entry of default judgment against the defendant.

      Very truly yours,

<u>/s/ George Wylesol</u>
George Wylesol,
Deputy Clerk to Honorable Jan E. DuBois

cc:    Matthew B. Weisberg, Esq.
       Robert P. Cocco, Esq.